UNITED STATES DISTRICT COURT
Southern District of Florida (West Palm Beach)

| | |
|---|---|
| ESTATE OF BRIEUX DASH, et al., ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 9:22-cv-80015-DMM |

**PLAINTIFFS' RESPONSE TO DEFENDANT UNITED STATES OF AMERICA'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Plaintiffs respond to Defendant's Statement of Undisputed Material Facts as follows.

**West Palm Beach VA Medical Center ("WPB VAMC") and Unit 3C**

1. Undisputed.
2. Undisputed.
3. Disputed in part. Patients are not always allowed to close their door. Please see Plaintiffs' Statement of Material Fact No. 21.
4. Undisputed.
5. Undisputed.
6. Disputed.
7. Undisputed.
8. Undisputed.
9. Undisputed.
10. Undisputed.
11. Undisputed.
12. Undisputed.
13. Undisputed.
14. Undisputed.
15. Undisputed.
16. Undisputed.

17. Undisputed.

**Brieux Dash's Involuntary Admission to the WPB VAMC in March 2019**

18. Undisputed.

19. Undisputed in part. Mr. Dash was admitted because he had attempted suicide and was considered a danger to himself.

20. Undisputed.

21. Undisputed in part. The checklist did not consistently include the required information about Mr. Dash's activity or behavior.

22. Undisputed in part. The checklist did not consistently include the required information about Mr. Dash's activity or behavior.

23. Undisputed in part. The checklist did not consistently include the required information about Mr. Dash's activity or behavior.

24. Disputed.

25. Disputed.

26. Disputed. Please see Plaintiffs' Statement of Material Fact No. 27.

27. Undisputed.

28. Undisputed.

29. Undisputed.

30. Disputed. Please see Plaintiffs' Statement of Material Fact No. 43.

31. Disputed. Please see Plaintiffs' Statement of Material Fact No. 43.

32. Undisputed.

33. Undisputed.

34. Undisputed.

35. Undisputed.

36. Undisputed.

37. Undisputed.

38. Undisputed.

39. Undisputed.

40. Undisputed.

41. Undisputed.

42. Undisputed.

43. Undisputed.
44. Undisputed.
45. Undisputed.
46. Undisputed.
47. Undisputed.
48. Disputed. The concerns about safety are not limited to others and minors. It includes the patient as well.
49. Disputed. On March 11, 2019, the treatment team which included Dr. Reoyo made the decision it would be appropriate to contact Mrs. Dash even though Mr. Dash would not sign a ROI. Please see Plaintiffs' Statement of Material Fact No.31.
50. Undisputed.
51. Undisputed.
52. Undisputed.
53. Undisputed.
54. Undisputed.
55. Undisputed.
56. Undisputed.
57. Undisputed.
58. Undisputed.
59. Disputed. The observation form filled out by Ms. Key does not include all of the information that is necessary to substantiate that she performed her 15 minute rounds for all intervals between 2:00 p.m. and 6:00 p.m.
60. Undisputed.
61. Undisputed.
62. Undisputed.
63. Disputed. Please see Plaintiff's Statement of Material Fact No. 54.
64. Undisputed.
65. Undisputed.
66. Undisputed.
67. Undisputed
68. Undisputed.

69. Undisputed.

70. Disputed.

71. Disputed.

72. Undisputed.

73. Disputed.

74. Disputed.

75. Disputed.

76. Disputed.

DATED: September 8, 2022

By:  */s/ Gary M. Gilbert*
Gary M. Gilbert
FL Bar No. 472026
Gilbert Employment Law, PC.
1100 Wayne Avenue, Suite 900
Silver Spring, MD 20910
301-608-0880 Telephone
301-608-0881 Facsimile
gary-efile@gelawyer.com
*Attorney for Plaintiffs*

By:  */s/ Kevin L. Owen*
Kevin L. Owen
MD Bar No. 0512150020
Gilbert Employment Law, PC.
1100 Wayne Avenue, Suite 900
Silver Spring, MD 20910
301-608-0880 Telephone
301-608-0881 Facsimile
kowen-efile@gelawyer.com
**Pro Hac Vice**
*Attorney for Plaintiffs*

By:  */s/ Peter G. Bertling*
Peter G. Bertling
CA Bar No. 131602
Bertling Law Group
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101
805-879-7558 Telephone
805-869-1597 Facsimile
peter@bertlinglawgroup.com
**Pro Hac Vice**
*Attorney for Plaintiffs*