UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80015-CIV-MIDDLEBROOKS/MATTHEWMAN

EMMA DASH, as Personal Representative
for the ESTATE OF BRIEUX DASH,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## MARCH 2023 JOINT STATUS REPORT REGARDING CONDITIONAL SETTLEMENT

On January 17, 2023, this Court granted the Parties' Joint Motion to Stay Proceedings, pending approval of the Parties' conditional settlement under sections 744.387 and 768.25 of Florida Statutes, and by the Associate Attorney General of the U.S. Department of Justice (DOJ). (*See* Order, DE 145.) The Court further ordered the Parties to file monthly status reports, beginning February 13, 2023. Accordingly, the Parties state that since submitting their February 13, 2023 Report:

    1.    Plaintiff sought and obtained Court approval of the appointment of Ms. Sylvana Rosende, Esq., to serve as guardian *ad litem*. (*See* DE 147-150.)

    2.    On March 10, 2023, Plaintiff submitted to the Court Ms. Rosende's report. (*See* DE 154.)

    3.    On March 13, 2023, Plaintiff submitted an Unopposed Motion to Approve the Conditional Stipulation for Compromise Settlement and Release and Recommendation of Guardian Ad Litem to Approve Minor Compromises [DE 155].

4. Plaintiff must obtain the Court's approval of the settlement on behalf of the Estate of Brieux Dash and the minor beneficiaries of the Estate in order for the United States Attorney's Office to seek settlement authority from DOJ. Once it receives the request for settlement authority, DOJ typically takes an additional six to eight weeks to complete its review and make a decision. If the settlement is approved, it will then take the Department of Treasury additional time to fund the settlement agreement.

5. Consistent with the Court's Order, the Parties will file an updated status report no later than April 14, 2023.

Dated: March 14, 2023

Respectfully submitted,

| | |
|---|---|
| **GILBERT EMPLOYMENT LAW P.C.** | **MARKENZY LAPOINTE** <br> **UNITED STATES ATTORNEY** |
| /s/ *Gary M. Gilbert* <br> Gary M. Gilbert, Bar ID 472026 <br> Kevin L. Owen, admitted *Pro Hac Vice* <br> 1100 Wayne Avenue, Suite 900 <br> Silver Spring, MD 20910 <br> 301-608-0880 <br> Email: gary-efile@gelawyer.com <br>     kowen-efile@gelawyer.com | /s/ *Latoya C. Brown* <br> Latoya C. Brown <br> Assistant United States Attorney <br> Florida Bar No. 105768 <br> Monica L. Haddad <br> Assistant United States Attorney <br> Florida Bar No. 99426 <br> United States Attorney's Office <br> Southern District of Florida <br> 500 East Broward Boulevard, Suite 700 <br> Fort Lauderdale, FL 33394 <br> Tel: (954) 660-5672 <br> Email: latoya.brown2@usdoj.gov <br>     Monica.Haddad@usdoj.gov |
| **BERTLING LAW GROUP** | |
| /s/ *Peter G. Bertling* <br> Peter G. Bertling, admitted *Pro Hac Vice* <br> 21 East Canon Perdido Street <br> Suite 204B <br> Santa Barbara, CA 93101 <br> Tel.: (805) 879-7558 <br> Email: peter@bertlinglawgroup.com | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |